UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES BOWER,                    :
    Plaintiff                  :    No. 1:16-CV-02048
                                  :
vs.                               :    (Judge Kane)
                                  :
BETH ZALNO, et al.,               :
    Defendants                 :

## ORDER

In accordance with the accompanying memorandum, on this 13th day of February 2017, **IT IS HEREBY ORDERED THAT:**

1. Bower's amended complaint (Doc. Nos. 22, 24) is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant 28 U.S.C. § 1915((e)(2)(B)(ii) without further leave to file a second amended complaint; and

2. The Clerk of Court shall **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania